

# NUMBER 13-22-00109-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RENE HERNANDEZ
AND ALL OCCUPANTS,                                                    Appellants,

**v.**

ASHLEY N. REINER, DEPENDENT
ADMINISTRATOR OF THE ESTATE
OF JUANA RODRIGUEZ, DECEASED,                                Appellee.

**On appeal from the County Court at Law No. 3
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Silva
Memorandum Opinion by Justice Benavides**

On March 17, 2022, appellant filed a notice of appeal. On May 3, 2022, the Clerk

of the Court notified appellant that he was delinquent in remitting a $205.00 filing fee. The

Clerk of this Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. TEX. R. APP. P. 42.3(b),(c).

Appellant has not paid the filing fee nor otherwise responded to the notice from the Clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b),(c).

GINA BENAVIDES
Justice

Delivered and filed on the
30th day of June, 2022.

2